# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN DANILO SEQUEIRA, <br>    Petitioner, <br>   v. <br> J. SALAZAR, Warden, <br>    Respondent. | Case No. EDCV 06-503 DSF(JC) <br> (PROPOSED) <br> JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: 8/12/09

*/s/ Dale S. Fischer*

HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE